No. 75–1437. JOHNSON v. O'CONNOR ET UX. Sup. Ct. Conn. Certiorari denied.

No. 75–1460. PEORIA & EASTERN RAILWAY CO. v. PENN CENTRAL TRANSPORTATION CO., TRUSTEES IN BANKRUPTCY. C. A. 3d Cir. Certiorari denied.

No. 75–1461. CHAVEZ ET AL. v. STATE HIGHWAY DEPARTMENT OF NEW MEXICO ET AL. Sup. Ct. N. M. Certiorari denied.

No. 75–1467. UNITED STATES GYPSUM CO. ET AL. v. JACKSONVILLE BUSINESS SERVICES, INC., ET AL. Sup. Ct. Fla. Certiorari denied.

No. 75–1469. LAMBERTSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1483. CITY OF CHICAGO v. KENNY CONSTRUCTION CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–1485. ASH v. BAKER ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–1516. FIRE OFFICERS UNION ET AL. v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–1542. WARRINER v. FERNANDEZ ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 75–1551. SAMPSON ET AL., DBA SOUTHEASTERN INDUSTRIAL DEVELOPMENT DISTRICT v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES ET AL. Ct. Cl. Certiorari denied.